AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DELANEY, CAROLYN K. | UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | 04/24/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FULL TIME MAGISTRATE JUDGE | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

501 I STREET
SACRAMENTO, CA 95814

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | TRUST #1 |
| 2. | TRUSTEE | TRUST #2 |
| 3. | TRUSTEE | TRUST #3 |
| 4. | TRUSTEE | TRUST #4 |
| 5. | TRUSTEE | TRUST #5 |
| 6. | PRESIDENT | LOCAL CHAPTER, NATIONAL CHARITY LEAGUE |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | 1996 | Commonwealth of Pennsylvania Deferred Compensation Program |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DELANEY, CAROLYN K.** | 04/24/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Spouse, self-employed, private investigator |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **DELANEY, CAROLYN K.** | 04/24/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Kaplan Family Partnership L.P. | E | Distribution | P1 | T | | | | | |
| 2. Wells Fargo Bank (various accounts) | A | Interest | K | T | | | | | |
| 3. American Century Ultra Stock Fund | B | Dividend | J | T | | | | | |
| 4. American Century Heritage Stock Fund | C | Dividend | K | T | | | | | |
| 5. American Century Emerging Markets Stock Fund | A | Dividend | J | T | | | | | |
| 6. American Century Mid Cap Value Stock Fund | C | Dividend | K | T | | | | | |
| 7. American Century Global Growth Stock Fund | A | Dividend | K | T | | | | | |
| 8. American Century Adaptive Equity | B | Dividend | K | T | | | | | |
| 9. American Century Calif Tax Free Money Market Fund | A | Dividend | K | T | | | | | |
| 10. American Century Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 11. Scholarshare CA 529-Passive Age Based Portfolio 15 - **93 | A | Dividend | J | T | | | | | |
| 12. Scholarshare CA 529-Passive Age Based Portfolio 15 - **94 | A | Dividend | J | T | | | | | |
| 13. Scholarshare CA 529-Passive Age Based Portfolio 11 - **95 | A | Dividend | J | T | | | | | |
| 14. IRA#1 | | | | | | | | | |
| 15. - Pershing Liquid Insured Deposits Money Market Fund | A | Interest | J | T | Sold | 11/01/19 | J | | |
| 16. - Fidelity Contra Fund | A | Int./Div. | K | T | Sold | 11/01/19 | K | | |
| 17. - Vanguard Consumer Discretionary EFT | A | Int./Div. | J | T | Buy | 01/16/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   - Powershares DWA Technical | A | Int./Div. | J | T | Buy | 04/09/19 | K | | |
| 19.   - Vanguard Utilities Index Fund Admiral | A | Int./Div. | K | T | Buy | 11/01/19 | K | | |
| 20.   IRA #2 | | | | | | | | | |
| 21.   - Pershing Liquid Insured Deposits Money Market Fund | A | Dividend | J | T | Sold | 11/01/19 | J | | |
| 22.   - Captial Income Builder Fund | A | Int./Div. | J | T | Sold | 11/01/19 | J | | |
| 23.   - Fidelity Contra Fund | A | Int./Div. | J | T | Sold (part) | 11/01/19 | J | | |
| 24.   -Vanguard Utilities ETF | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |
| 25.   Trust #1 | | | | | | | | | |
| 26.   - Doubleline Low Duration Bond Fund | A | Int./Div. | J | T | | | | | |
| 27.   - Captial Income Builder Fund | A | Int./Div. | J | T | Sold | 07/15/19 | J | | |
| 28.   - First Trust Dorsey Wright Momentum ETF | A | Int./Div. | J | T | Buy | 07/15/19 | J | | |
| 29.   -Invesco Exchange/S&P Low Volatility | A | Int./Div. | J | T | Buy | 07/15/19 | J | | |
| 30.   - Fundamental Investors | A | Int./Div. | J | T | | | | | |
| 31.   - The Growth Fund of America | A | Int./Div. | J | T | Sold | 07/15/19 | J | | |
| 32.   - Vanguard International Growth Portfolio | A | Int./Div. | J | T | Sold | 06/04/19 | J | | |
| 33.   -Vanguard Consumer Discretionary Index Fund | A | Int./Div. | J | T | | | | | |
| 34.   -Vanguard Explorer Fund Admiral Shares | A | Int./Div. | J | T | Buy (add'l) | 11/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Trust #2 | | | | | | | | | |
| 36. - Oppenheimer Capital Appreciation Class A | A | Int./Div. | J | T | | | | | |
| 37. - Oppenheimer Global Allocation Fund | A | Int./Div. | J | T | | | | | |
| 38. - Doubleline Low Duration Bond Fund | A | Int./Div. | J | T | | | | | |
| 39. - Guggenheim S&P Equal Weight Industrials | A | Int./Div. | J | T | Sold | 01/07/19 | J | | |
| 40. - SPDR Portfolio S&P 500 Growth ETF | A | Int./Div. | J | T | Buy | 01/07/19 | J | | |
| 41. - Vanguard Consumer Discretionary ETF | A | Int./Div. | J | T | Buy | 01/16/19 | J | | |
| 42. - First Tr Exchange/Dorsey Wright | A | Int./Div. | J | T | Buy | 11/01/19 | K | | |
| 43. Trust #3 | | | | | | | | | |
| 44. - Oppenheimer Captial Appreciation Class A | A | Int./Div. | J | T | | | | | |
| 45. - Oppenheimer Global Allocation Fund | A | Int./Div. | J | T | | | | | |
| 46. - Doubeline Low Duration Bond Fund | A | Int./Div. | J | T | Sold | 11/01/19 | J | | |
| 47. - Vanguard Industrials Index Fund Admiral | A | Int./Div. | J | T | Buy | 11/01/19 | K | | |
| 48. - S&P Low Volatility Port | A | Int./Div. | J | T | | | | | |
| 49. - Fundamental Investors Class | A | Int./Div. | J | T | | | | | |
| 50. - SPDR Portfolio S&P 500 Growth ETF | A | Int./Div. | J | T | Buy | 01/07/19 | J | | |
| 51. Trust #4 | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - Pershing Liquid Insured Deposits Money Market Fund | B | Int./Div. | K | T | | | | | |
| 53. - The Income Fund of America | A | Int./Div. | K | T | | | | | |
| 54. - The New Perspective Fund | A | Int./Div. | K | T | | | | | |
| 55. - Doubleine Low Duration Bond Fund | A | Int./Div. | K | T | | | | | |
| 56. - First Eagle Global Fund | A | Int./Div. | K | T | | | | | |
| 57. - Franklin California Tax Free Income Fund | A | Int./Div. | K | T | | | | | |
| 58. -Vanguard Morgan Growth Fund (aka VWUAX) | A | Int./Div. | K | T | | | | | |
| 59. -Vanguard Utilities Index Fund Admiral Shares | A | Int./Div. | J | T | Buy | 11/01/19 | J | | |
| 60. - S&P 500 Low Volatility Port | A | Int./Div. | K | T | | | | | |
| 61. -PDP ETF Invesco DWA Momentum | B | Int./Div. | J | T | | | | | |
| 62. Trust # 5 | | | | | | | | | |
| 63. - Vanguard Utilities Index Fund Admiral Shares | B | Int./Div. | K | T | Buy | 01/07/19 | K | | |
| 64. - First Trust Dorsey Wright Mom & Low Volatility ETF | A | Int./Div. | K | T | Buy | 10/29/19 | K | | |
| 65. -Invesco Exchange/ S&P 500 Low Volatility ETF | A | Int./Div. | J | T | Buy | 10/29/19 | J | | |
| 66. - Vanguard Total Bond Market Index Fund | A | Int./Div. | J | T | Buy | 11/01/19 | K | | |
| 67. - Pershing Liquid Insured Deposits Money Market Fund | A | Int./Div. | J | T | Sold | 01/07/19 | J | | |
| 68. - Captial World Growth & Income | A | Int./Div. | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DELANEY, CAROLYN K. | 04/24/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.    - Europacific Growth Fund | A | Int./Div. | J | T | Sold | 06/04/19 | J | | |
| 70.    - New Economy Fund | A | Int./Div. | J | T | | | | | |
| 71.    - Franklin California Tax Free Income Fund | A | Int./Div. | K | T | | | | | |
| 72.    - Crossbrook Apartments L.P, Rohnert Park, CA | E | Distribution | L | W | | | | | |
| 73.    - Lafayette Oaks Associates, LP, Lafayette, California | C | Distribution | M | W | | | | | |
| 74.    - Vista Sack Associates LP, Mountain View, California | D | Distribution | M | W | | | | | |
| 75.    - Doubline Low Duration Bond Fund | A | Int./Div. | K | T | | | | | |
| 76.    -Vanguard Morgan Growth Fund aka Vanguard US Growth Fund Admiral Share | B | Int./Div. | K | T | Buy (add'l) | 10/29/19 | J | | |
| 77.    -Vanguard International Growth Fund | A | Int./Div. | J | T | Sold | 06/04/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **DELANEY, CAROLYN K.** | 04/24/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets in Trusts #1, #2, #3, #4, and #5 are listed in Part VII of this report. As to the Kaplan Familty Partnership, asset #1 in Part VII, I am a limited partner (with no control over the investment decisions) with a 10% interest; each of my dependents has a 1% interest.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ CAROLYN K. DELANEY**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544